| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Anerio V. Altman. Esq. #228445<br>Lake Forest Bankruptcy<br>27031 Vista Terrace #209<br>Lake Forest, CA 92630<br>Phone: (949) 218-2002<br>Fax: (949) 325-1171<br>avaesq@lakeforestbkoffice.com<br><br>*Attorney for* DEFENDANT JANET L. YOUNG | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>JANET L. YOUNG<br><br>Debtor(s). | |
|---|---|
| CHASE BANK U.S.A., N.A.<br>Plaintiff(s).<br><br>vs.<br><br>JANET LYNN YOUNG<br>Defendant(s). | CHAPTER: 7<br>CASE NO.: 09-17617-ES<br><br>ADVERSARY NO.: 09-01702-ES<br><br>DATE: 2/4/10<br>TIME: 9:30am<br>PLACE: 5A |

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served? ☒ Yes ☐ No

2. Have all parties filed and served answers to the complaint/ counter-complaints/etc.? ☒ Yes ☐ No

3. Have all motions addressed to the pleadings been resolved? ☐ Yes ☒ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1? ☒ Yes ☐ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page)*:
   Defense counsel may bring a motion for judgment on the pleadings based on the Plaintiff's complaint. It is not yet filed.

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 7016-1.1

| Joint Status Report - *Page 2* | F 7016-1.1 |
|---|---|
| In re<br>JANET L. YOUNG<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 09-17617-ES<br>ADVERSARY NO.: 09-01702-ES |

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   Plaintiff                           Defendant
   120 days                            After June 1, 2010

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   Plaintiff                           Defendant
   Trial preparation                   Defense counsel has a trial in May, 2010.

3. When do you expect to complete your discovery efforts?

   Plaintiff                           Defendant
   90 days                             May 1, 2010

4. What additional discovery do you require to prepare for trial?

   Plaintiff                           Defendant
   Deposition of debtor                Unknown at this time.

C. **TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

   Plaintiff                           Defendant
   2 to 4 hours                        1 Day

2. How many witnesses do you intend to call at trial (including opposing parties)?

   Plaintiff                           Defendant
   Debtor                              1-3

3. How many exhibits do you anticipate using at trial?

   Plaintiff                           Defendant
   No more than 10                     5-10

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          F 7016-1.1

| Joint Status Report - *Page 3* | F 7016-1.1 |
|---|---|
| In re<br>JANET L. YOUNG<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 09-17617-ES<br>ADVERSARY NO.: 09-01702-ES |

D. **PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff

Pre-trial conference __ (is)/ X (is not) requested.
Reasons: Issues are uncomplicated

Defendant

Pre-trial conference X (is)/ __ (is not) requested.
Reasons: _____

Plaintiff

Pre-trial conference should be set after:

(date) _____

Defendant

Pre-trial conference should be set after:

(date) 04/01/10

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
   Parties have been discussing settlement.

2. Has this dispute been formally mediated?       ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff
   ☒ Yes    ☐ No

   Defendant
   ☐ Yes    ☒ No

*(Continued on next page)*

| Joint Status Report - *Page 4* | F 7016-1.1 |
|---|---|

| In re<br>JANET L. YOUNG<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 09-17617-ES<br>ADVERSARY NO.: 09-01702-ES |
|---|---|

**F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Respectfully submitted,

Dated: 1/22/10

Firm Name: Weinstein & Riley, P.S.

By: [signature]

Name: Jerome A. Yelsky

Attorney for: Chase Bank USA, N.A.

Dated: 01/18/10

Firm Name: LAKE FOREST BANKRUPTCY

By: /S/ ANERIO V. ALTMAN, ESQ.

Name: ANERIO V. ALTMAN

Attorney for: JANET L. YOUNG

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                      F 7016-1.1