WEINSTEIN & RILEY, P.S.
Jerome A. Yelsky, Of Counsel -- SBN 75240
12100 Wilshire Blvd, Suite 1100
Los Angeles, CA 90025

Telephone: 310-820-6529
Facsimile: 310- 826-2321

Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>JANET LYNN YOUNG,<br>152 Sea Country Lane<br>Las Flores, CA 92688<br><br>Debtor. | Chapter 7<br>Bankruptcy No. 09-17617 ES<br>Adversary Case No. 09-01702 |
| CHASE BANK USA, N.A.<br><br>    Plaintiff,<br>vs.<br>JANET LYNN YOUNG,<br><br>    Defendant. | DATE: August 31, 2010<br>TIME: 10:30 a.m.<br>ROOM 5A |

### DECLARATION OF JEROME A. YELSKY IN SUPPORT OF MOTION TO WITHDRAW DEEMED ADMISSIONS

I, Jerome A. Yelsky, Esq., do hereby declare under penalty of perjury that the following is true and correct:

1. On November 9, 2009, Plaintiff filed a complaint with this court seeking, pursuant to 11 U.S.C. § 523(a)(2), to except debtor's debt to Plaintiff from the discharge on the basis of false pretenses, false representation and actual fraud.

2. On December 20, 2009, Defendant filed an Answer containing a general denial, and three affirmative defenses. Defendant further requested fees pursuant to 11 U.S.C. § (d), alleging that the complaint was without substantial justification.

3. Defendant served Plaintiff with discovery requests on or about April 26, 2010 including requests for admissions, interrogatories and production of documents.

4. Plaintiff did in fact serve responses to Defendant's request for admissions on June 29, 2010.

5. On June 21, 2010 Defendant moved for judgment on the pleadings based primarily on Plaintiff's lack of response to the requests for admissions. *See* Request for Admissions, attached Exhibit "1".

6. Upon receipt of the Defendant's Motion, Plaintiff responded to and served Defendant's counsel with responses to the aforementioned requests for admissions. *See* Responses to Request for Admissions, attached Exhibit "2".

7. Plaintiff also responded to the Defendant's Interrogatories and Requests for Production of Documents.

Dated: July 9, 2010

WEINSTEIN & RILEY, PS

By: _____
Jerome A. Yelsky, Of Counsel (75240)
12400 Wilshire Blvd, Suite 1100
Los Angeles, CA 90025
Telephone: 310-820-6529