Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
27031 Vista Terrace #209
Lake Forest, CA 92630
Phone (949) 218-2002
Fax (949) 325-1171
avaesq@lakeforestbkoffice.com

**ATTORNEY FOR DEBTOR**
**JANET L. YOUNG**

UNITED STATES BANKRUPTCY COURTS
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In Re: JANET L. YOUNG | Case No.: 8:09-bk-17617-ES |
| CHASE BANK USA., N.A., | Adv. No: 8:09-ap-01702-ES |
| | **Chapter 7** |
| Plaintiff and Creditor | **DEFENDANT'S DECLARATION PURSUANT TO L.R.B.P. 7016-1(e)(2)** |
| | **JUDGE** <br> ERITHE SMITH |
| v. | |
| | **TRUSTEE** <br> THOMAS CASEY |
| JANET L. YOUNG, | **DISCOVERY DEADLINE** <br> June 1, 2010 |
| Defendant and Debtor | **PRE-TRIAL STATUS CONFERENCE** <br> Time: 9:30 P.M. <br> Date: August 12th, 2010 <br> Place: 5A |

///

///

- 1

DEFENDANT'S DECLARATION

I, Anerio V. Altman, Esq, declare as follows:

1. I am over the age of 18 years old and am legally able and competent to attest to the following in a court of law if required to do so.

2. I have been the attorney of record for Janet L. Young, the Defendant and Debtor in this matter.

3. I have been in contact with opposing council on issues of discovery and settlement in this matter over the last month.

4. I have not received a proposed document, or an email or telephonic or facsimile communication, from the Plaintiff regarding the proposed pre-trial order in this matter as of the date of this filing.

I make the following declaration under penalty of perjury of the laws of the United States and know them to be true. As to those statements I do not know to be true, I believe them to be so.

Dated: August 9, 2010                           Signed: _____

Anerio V. Altman, Esq.

Attorney for Defendant and Debtor

JANET L. YOUNG

- 2

DEFENDANT'S DECLARATION

| In re:<br>CHASE V. YOUNG | Debtor(s). | CHAPTER:7<br>CASE NUMBER: 8:09-ap-01702-ES |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

27031 Vista Terrace #209, Lake Forest, CA 92630

A true and correct copy of the foregoing document described DECLARATION PURSUANT TO L.R.B.P. 7016-1(e)(2) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 9th, 2010 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Anerio V Altman    lakeforestpacer@gmail.com
- Thomas H Casey (TR)    msalustro@tomcaseylaw.com, tcasey@ecf.epiqsystems.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Jerome A Yelsky    yelsky@cherinandyelsky.co

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 9, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Courtesy Copy Delivered to the Judge's Courtesy Dropbox

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 08/09/10 | ANERIO V. ALTMAN, ESQ. | /s/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              F 9013-3.1