Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
27031 Vista Terrace #201
Lake Forest, CA 92630
Phone (949) 218-2002
Fax (949) 325-1171
avaesq@lakeforestbkoffice.com

**ATTORNEY FOR DEBTOR
JANET L. YOUNG**

**FILED & ENTERED**

SEP 23 2010

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURTS
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In Re: YOUNG, JANET L. <br><br>_____<br><br> CHASE BANK U.S.A., <br><br>Plaintiff <br><br>v. <br><br>JANET LYNN YOUNG, <br><br>Defendant | Case No.:    8:09-bk-17617-ES <br><br>Adversary No.: 8:09-ap-01702-ES <br><br>**Chapter 7** <br><br>ORDER DISMISSING PLAINTIFF'S COMPLAINT <br><br>**JUDGE** <br>ERITHE SMITH <br><br>**TRUSTEE** <br>THOMAS CASEY <br><br>**HEARING DATE** <br>Date:    September 14th, 2010 <br>Time:    2:00 P.M. <br>Place:    5A |

///

///

IT IS HEREBY ORDERED that the Plaintiff's complaint is dismissed without

prejudice to Plaintiff filing an amended complaint within 30 days of the entry of

_____

- 1

ORDER

this order.  If an amended complaint is not timely filed, dismissal of this adversary shall be deemed to be with prejudice.

### 

DATED: September 23, 2010

_Eithe A. Smith_
United States Bankruptcy Judge

- 2

ORDER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 27031 Vista Terrace #201, Lake Forest, CA 92630

A true and correct copy of the foregoing document described as ***ORDER DISMISSING PLAINTIFF'S COMPLAINT*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***09/14/2010***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***09/15/2010,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***9/16/2010,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Personal delivery to the court's courtesy drop-box.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/16/2010 | ANERIO V. ALTMAN, ESQ. | /S/ ANERIO V. ALTMAN, ESQ. |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

_____

- 3

ORDER

## ADDITIONAL SERVICE LIST

**Debtor:**
Janet L. Young
152 Seacountry Lane
Las Flores, CA 92688

**Creditor's Attorney:**
Jerome A Yelsky
Cherin & Yelsky
12100 Wilsuire Boulevard Suite 1100
Los Angeles, CA 90025

**Chapter 7 Trustee:**
Thomas H Casey
22342 Avenida Empressa Suite 260
Rancho Santa Margarita, CA 92688

**United States Trustee:**
United States Trustee
411 West Fourth Street Suite 9041
Santa Ana, CA 92701

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **_PLAINTIFF'S ORDER DISMISSING COMPLAINT_** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_09/14/2010_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Anerio V Altman    lakeforestpacer@gmail.com
- Thomas H Casey (TR)    msalustro@tomcaseylaw.com, tcasey@ecf.epiqsystems.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Jerome A Yelsky    yelsky@cherinandyelsky.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Janet L. Young
152 Seacountry Lane
Las Flores, CA 92688

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page